*Formatted for Electronic Distribution*                            *Not for Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

Filed & Entered
On Docket
March 29, 2011

_____

In re:

    **Burton A. Dudding,**                                   Chapter 13 Case
            **Debtor.**                                           # 10-10557

_____

*Appearances:*      Rebecca A. Rice, Esq.                      Hobart F. Popick, Esq.
                           Rutland, VT                                  Burlington, VT
                           Attorney for Burton A. Dudding          Attorney for Georgia S. Burke

## **ORDER**

      For the reasons set forth in the memorandum of decision of even date, THE COURT HEREBY FINDS that:

1.    the Debtor's assumption of the Wells Fargo debt is a domestic support obligation;

2.    the Debtor's TIAA-CREF account is not property of the estate; and

3.    the §§ 362(b)(2)(A)(ii) and (b)(2)(B) domestic support obligation exceptions to the automatic stay are applicable under the facts at bar.

      Accordingly, IT IS HEREBY ORDERED that the motion filed by Georgia S. Burke (doc. # 22) is GRANTED to allow Ms. Burke to seek to collect the domestic support obligation from assets that are not property of the estate, pursuant to the terms of the Agreement* of the parties.

      SO ORDERED.

                                                                             _____

March 29, 2011                                                  Colleen A. Brown
Burlington, Vermont                                        United States Bankruptcy Judge

_____

\*  capitalized terms in this Order have the meaning ascribed to them in the corresponding memorandum of decision